2

Arturo Rios-Pena
Reg No. 92592-079
Cedar Hill Unit
3711 Wright Ave.
Big Spring, Texas 79720

Pro-se

United States District Court
Southern District of Texas
FILED

MAY 2 2 2001

Michael N. Milby
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF TEXAS

|  |  |
|---|---|
| United States of America,<br>Respondent,<br><br>vs.<br><br>Arturo Rios-Pena,<br>Petitioner. | Case No. 1:00 CR-00133-001<br>Civil Case No. B-01-86<br><br>Motion to Proceed in<br>Forma Pauperis |

  **COMES NOW**, Petitioner Arturo Rios-Pena, acting pro-se, respectfully submits this motion to proceed in *forma pauperis* in the above entitle case; that in support of my motion to proceed without being required to pay fees, costs or give security therefore, I state that because of my poverty, I am, unable to pay the cost of said proceeding. This motion I supported by the attached financial statement.

Respectfully submitted this _16_ Day of May, 2001

*Arturo Rios Peña*

Arturo Rios-Pena
#92592-079
Pro-se

Page 1

# FINANCIAL CERTIFICATE
## (Post-filing/inmate accounts)

ARTURO RIOS PENA                                    # 92592-079

_____        _____
INMATE NAME (*please print*)                        INMATE NUMBER

U.S. DISTRICT COURT CASE NUMBER___# No. 1:00 CR-00133-001_____

1. INCOME received by inmate during preceding month: $____o_____.

2. CURRENT ACCOUNT BALANCE:
    Funds accessible to inmate as of ____0_____, including amount in savings
    account, in excess of minimum amount that must be maintained: $____o_____.

3. Amount forwarded to court under 28 U.S.C. § 1915(b)(2): $___o_____
    (20% of preceding month's income, from current balance over $10.00)

    I hereby certify that as of this date, the above financial information is accurate for
the above-named inmate, and that a copy of this certificate is being provided to the above-
named inmate.

_____
AUTHORIZED OFFICER

TITLE: ___CASE MANEGER_____
                    May 16 2001

_____
        DATE