4

AO 240A (1/94)

# United States District Court

SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
JUN 0 7 2001
Michael N. Milby, Clerk
By Deputy Clerk

ARTURO RIOS-PENA

    Plaintiff

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

V.

UNITED STATES OF AMERICA
    Defendant

CASE NUMBER: B-01-086
(Cr. No. B-00-133)

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915;

IT IS ORDERED that the application is:

☑ GRANTED.

☐ The clerk is directed to file the complaint.

☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

_____

ENTER this ____6th____ day of ____June____, ____2001____.

[signature]

Signature of Judicial Officer

Felix Recio, U.S. Magistrate Judge
Name and Title of Judicial Officer