9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 27 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| VS | * | CR. NO. B-00-133 |
| ARTURO RIOS-PENA | * | (C.A. No. B-01-086) ✓ |

## ORDER

The Court on October 15, 2001, granted the Application for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2255. Accordingly, Defendant's original sentence is hereby VACATED and SET ASIDE.

ARTURO RIOS-PENA, Defendant, is hereby RE-SENTENCED to the custody of the United States Bureau of Prisons to be imprisoned for a total term of sixteen (16) months. Upon release from imprisonment, the Defendant will be on a supervised release term of three (3) years. The Court further orders that the supervised release term be without supervision but subject to the standard conditions of supervision including prohibitions regarding possession of firearms per 18 U.S.C. § 921. As a special condition of supervision, the Defendant is not to reenter the United States illegally. The Defendant shall pay a $100.00 special assessment, there will be no fine nor restitution ordered.

The Defendant will be given credit for time served beginning from the date the offense concluded, to-wit: March 6, 2000, and if appropriate, shall be released and discharged from prison if the sentence imposed has been completed.

The U.S. Probation Officer is hereby ordered to prepare a judgment to be attached to this order.

DONE at Brownsville, Texas, this 27 day of November 2001.

_____
Hilda G. Tagle
United States District Judge